IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:03CR013(3) |
| vs. | : | District Judge Walter Herbert Rice |
| DAMON C. DAVIS, | : | Magistrate Judge Sharon L. Ovington |
| Defendant. | : | |

| | | |
|---|---|---|
| DAMON C. DAVIS, | : | |
| Petitioner, | : | Case No. 3:05CV394 |
| vs. | : | District Judge Walter Herbert Rice |
| UNITED STATES OF AMERICA, | : | Magistrate Judge Sharon L. Ovington |
| Respondent. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON MARCH 12, 2007 (Doc. #154); DENYING DAMON C. DAVIS' MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE (Doc. #138); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #154), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on March 12, 2007 (Doc. #134) is ADOPTED in full;

2. Damon C. Davis' Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 (Doc. #138) is DENIED; and

3. These cases are terminated on the docket of this Court.

                                                Walter Herbert Rice
                                                United States District Judge